**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OKSANA PENZOVA, | Case No.: 2:23-cv-01043-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| OSCAR JOHN MOYA and NICOLE ESQUIBEL, | |
| Defendants | |

I ORDER that defendant Nicole Esquibel's certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of Nicole Esquibel as required by the recent amendment to that rule.

I FURTHER ORDER defendant Nicole Esquibel to file a proper certificate of interested parties by July 28, 2023.

DATED this 10th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE