UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OKSANA PENZOVA,<br><br>    Plaintiff<br><br>v.<br><br>OSCAR JOHN MOYA and NICOLE ESQUIBEL,<br><br>    Defendants | Case No.: 2:23-cv-01043-APG-EJY<br><br>**Order** |

    I resolved the defendants' motion for summary judgment on September 30, 2024. ECF No. 18. The proposed joint pretrial order was not filed 30 days after my ruling and is now overdue. *See* ECF No. 13; LR 26-1(b)(5) (stating that "[i]f dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order").

    I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by December 6, 2024.

    DATED this 18th day of November, 2024.

                                                    ANDREW P. GORDON<br>
                                                   CHIEF UNITED STATES DISTRICT JUDGE