UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OKSANA PENZOVA,<br><br>  Plaintiff<br><br>v.<br><br>OSCAR JOHN MOYA and NICOLE ESQUIBEL,<br><br>  Defendants | Case No.: 2:23-cv-01043-APG-EJY<br><br>**Order Denying Motions in Limine as Moot**<br><br>[ECF Nos. 27-33] |

In light of the parties' settlement (ECF No. 35),

I ORDER that the pending motions in limine **(ECF Nos. 27-33) are DENIED as moot**, without prejudice to refiling them if the settlement does not finalize.

DATED this 12th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE