JAMES E. HARPER
Nevada Bar No. 9822
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OKSANA PENZOVA, individually, | CASE NO.:  2:23-CV-01043-APG-EJY |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| OSCAR JOHN MOYA, an individual; NICOLE ESQUIBEL, an individual; and DOES 1-10; and ROES 11-20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Plaintiff, OKSANA PENZOVA ("Plaintiff"), by and through her attorneys of record, AKARI LAW FIRM, and Defendants, OSCAR JOHN MOYA and NICOLE ESQUIBEL ("Defendants"), by and through their attorneys of record,

/ / /

1

HARPER | SELIM, that the above-entitled matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 4th day of April 2025.                     DATED this 4th day of April 2025.

**AKARI LAW FIRM**                                     **HARPER | SELIM**

*/s/ Sean J. Akari*                                    */s/ James E. Harper*

SEAN J. AKARI                                          JAMES E. HARPER
Nevada Bar No. 13300                                   Nevada Bar No. 9822
9303 Gilcrease Avenue, Ste. 1252                       1935 Village Center Circle
Las Vegas, NV 89149                                    Las Vegas, Nevada 89130
*Attorneys for Plaintiff*                              *Attorneys for Defendants*

### ORDER

Based on the parties' stipulation **(ECF No. 38)** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

IT IS SO ORDERED:

Dated: _____April 7, 2025_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE